AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
## Southern District of Texas

United States Courts
Southern District of Texas
FILED
*March 02, 2026*
Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br><br>Grace Dawn Kirkness<br><br>*Defendant(s)* | Case No. **4:26-mj-156** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___January 21, 2026___ in the county of ___Harris___ in the ___Southern___ District of ___Texas___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 111(a)(1) | Forcibly Assaulting A Federal Officer |

This criminal complaint is based on these facts:
See attached affidavit, incorporated by reference herein.

☑ Continued on the attached sheet.

*Complainant's signature*

Jonathan Thomas, Senior Special Agent, ICE
*Printed name and title*

Sworn to telephonically and signed.

Date: March 02, 2026

*Judge's signature*

City and state: Houston, Texas

Hon. Dena H. Palermo, United States Magistrate Judge
*Printed name and title*

### Affidavit in Support of a Criminal Complaint

I, Jonathan Thomas, being duly sworn, state under oath that:

### Introduction and Agent Background

1. I am an investigative or law enforcement officer within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States empowered by law to conduct investigations of, and to make arrests for, criminal offenses against the United States.

2. I am a Senior Special Agent with the United States Department of Homeland Security("DHS"), Immigration and Customs Enforcement ("ICE"). I began my federal law enforcement career with the United States Secret Service in March of 2000 as a Special Agent. In March of 2011, I became a Special Agent with ICE, which eventually became Homeland Security Investigations ("HSI"). In March of 2023, I was promoted to Senior Special Agent with the ICE Office of Professional Responsibility. During my time as a law enforcement officer, I have made multiple arrests, investigated a multitude of crimes, and had investigations successfully prosecuted in court.

### Purpose of Affidavit

3. The facts in this affidavit come from my personal observations, training and experience, as well as information obtained from other law enforcement officers, ICE contract detention officers and witnesses. This affidavit is made for the limited purpose of supporting a criminal complaint and arrest warrant and is only intended to show that there is sufficient probable cause for the crime charged. This affidavit therefore does not set forth all my knowledge about this matter.

4. Based on the facts set forth in this affidavit, there is probable cause to believe that on or about January 21, 2026, **GRACE DAWN KIRKNESS ("KIRKNESS")** committed the

1

offense of assaulting, resisting, or impeding a person designated in Section 1114 of Title 18 while engaged in the performance of official duties, in violation of Title 18, United States Code, Section 111(a)(1), in that she assaulted ICE Contract Detention Officer (CDO) Ashante McGowen within the territorial jurisdiction of the United States.

### Facts Supporting Probable Cause

5. The Houston Contract Detention Facility (HCDF) is a private, medium-security detention center located in Houston, Texas with a capacity of 1,000 beds. HCDF is located at 15850 Export Plaza Drive, Houston, Texas, in the Southern District of Texas. The facility houses individuals awaiting immigration court hearings, asylum decisions or removal proceedings. CoreCivic's Contract Detention Officer's (CDO) operate under contract with ICE and are responsible for managing HCDF's daily operations, including the direct supervision of HCDF detainees.

6. The assault at issue took place at HCDF on January 21, 2026. Video surveillance footage from the facility shows **KIRKNESS** forcibly assaulting CDO McGowen while McGowen was performing her official duties.

7. Specifically, witness statements confirm that on January 21, 2026, at approximately 11:30 p.m., CDO Shift Supervisor Dewayne Pierce requested assistance from CDO McGowen and other CDOs to address detainee **KIRKNESS**, who was exhibiting combative behavior and refusing to follow commands. Upon arrival, CDO McGowen observed **KIRKNESS** continuing to disregard the verbal instructions Shift Supervisor Pierce gave **KIRKNESS**. Despite multiple directives to **KIRKNESS** to turn around so that the staff could handcuff **KIRKNESS**, **KIRKNESS** refused to comply. Shift Supervisor Pierce then instructed CDO McGowen and additional staff to physically restrain **KIRKNESS**. During the staff's attempt to secure

2

**KIRKNESS, KIRKNESS** assaulted CDO McGowen by punching McGowen in the face, pulling McGowen's hair, spitting on McGowen, and kicking and biting McGowen.

8.  Based on the foregoing facts, I believe that probable cause exists for the issuance of a complaint and arrest warrant for **GRACE DAWN KIRKNESS** for committing the offense of assaulting, resisting, or impeding a person designated in Section 1114 of Title 18 while engaged in the performance of official duties, in violation of Title 18, United States Code, Section 111(a)(1).

_____
Jonathan Thomas
Senior Special Agent
Officer of Professional Responsibility
Immigration and Customs Enforcement

Subscribed and sworn to telephonically and I find probable cause exists.

_____Dena Palermo_____
Hon. Dena H. Palermo,
United States Magistrate Judge

3